UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEJAL PATEL<br><br>      Plaintiff,<br><br>   v.<br><br>DEVRY, INC. and DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF MEDICINE<br><br>      Defendants. | Civil Action No. 1:15-cv-8772<br><br>**PLAINTIFF'S STATUS REPORT** |

    Plaintiff TEJAL PATEL (hereinafter, referred to as "<u>Patel</u>"), by and through her attorney, Jason J. Bach, Esq., of The Bach Law Firm, LLC, submits this Status Report:

    A.    The attorneys of record for each party, including the attorney(s) expected to try the case:

        1.    Jason J. Bach, attorney for Plaintiff

        2.    Defendant's counsel has not yet filed an appearance.

    B.    The basis for federal jurisdiction.

        1.    Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 based upon Section 504 of the Rehabilitation Act of 1973 (RA) and Title III of the Americans with Disabilities Act (ADA).

    C.    The nature of the claims asserted in the complaint and any counterclaim.

        1.    Plaintiff alleged that her medical school discriminated and failed to reasonably accommodate her on the basis of her disability and has brought claims under the RA and ADA.

D.       The name of any party who or which has not been served, and any fact or circumstance related to the non-service of process of such party.

    1.     Plaintiff's counsel has been in contact for counsel representing the Defendants however they have not filed an appearance in this matter. The parties have reached a settlement agreement.

E.       The principal legal issues.

    1.     No legal issues remain as this case has been settled.

F.       The principal factual issues.

    1.     No factual issues remain as this case has been settled.

G.       Whether a jury trial has been demanded by any party.

    1.     Plaintiff made a jury demand.

H.       A brief description of any discovery that has been taken and of the discovery anticipated to be required, and suggested dates for discovery deadlines and cutoff. Parties are reminded of their discovery obligations under Fed.R.Civ.P. 26 and Local Rules 26.1.

    1.     No discovery has been taken to date as the parties have reached a settlement.

I.       If reasonably ascertainable at this early stage of the case, the earliest date the parties would be ready for trial and the estimated length of trial.

    1.     The parties have reached a settlement agreement.

J.       Whether the parties consent unanimously to proceed before a Magistrate Judge.

    1.     The parties have reached a settlement agreement.

K.       The status of any settlement discussions.

    1.     The parties have reached a settlement agreement.

L.     Whether the parties request a settlement conference.

    1.     The parties have reached a settlement agreement.

                    */s/ Jason J. Bach*
                    Jason J. Bach, Esq.
                    **THE BACH LAW FIRM, LLC**
                    7881 W. Charleston Blvd., Suite 165
                    Las Vegas, Nevada 89117
                    Telephone: (702) 925-8787
                    Facsimile: (702) 925-8788
                    Email:  jbach@bachlawfirm.com