## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Tejal Patel

                      Plaintiff,

v.                                               Case No.: 1:15−cv−08772

                                                  Honorable Robert M. Dow Jr.

Devry, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: At the request of the parties and by agreement of the parties, the status hearing set for 11/16/2015 is cancelled and reset to 12/17/2015 at 9:00 a.m. No appearances are necessary on 11/16/2015. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.