# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEJAL PATEL<br><br>Plaintiff,<br><br>v.<br><br>DEVRY, INC. and DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF MEDICINE<br><br>Defendants. | Civil Action No. 1:15-cv-8772<br>Honorable Robert M. Dow Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |

Plaintiff TEJAL PATEL (hereinafter, referred to as "Patel"), by and through her attorney, Jason J. Bach, Esq., of The Bach Law Firm, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntary withdraws her Complaint against Defendants Devry, Inc. and Devry Medical International, Inc. dba Ross University School of Medicine, and requests that all claims in the above-entitled matter be dismissed pursuant to the terms of the parties' settlement agreement and mutual release. Defendants have not filed an answer or motion for summary judgment in this action.

DATED this 14th day of December, 2015.

                                                      */s/ Jason J. Bach*
                                                      Jason J. Bach, Esq.
                                                      **THE BACH LAW FIRM, LLC**
                                                      7881 W. Charleston Blvd., Suite 165
                                                      Las Vegas, Nevada 89117
                                                      Telephone: (702) 925-8787
                                                      Facsimile: (702) 925-8788
                                                      Email: jbach@bachlawfirm.com