UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Tejal Patel
                     Plaintiff,

v.                                       Case No.: 1:15−cv−08772
                                           Honorable Robert M. Dow Jr.

Devry, Inc., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 16, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 12/14/2015, Plaintiff Tejal Patel filed a notice of voluntary dismissal of complaint against Defendants Devry, Inc. and Devry Medical International, Inc. dba Ross University School of Medicine [see 6]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Parties' settlement agreement and mutual release, this action is dismissed. Status hearing set for 12/17/2015 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.